JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOUVAL ZIVE<br><br>Against<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>Chase BANK USA, N.A. d/b/a Chase MORTGAGE<br>Defendant | Case No.: 2:19-cv-4151-R-AGR<br><br>**The Hon. R. Gary Klausner**<br>**ORDER DISMISSING CASE WITH PREJUDICE [30]**<br><br>Complaint Filed: 5/13/19 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that the Case is dismissed with prejudice with each party to bear their respective costs and fees.

DATE: December 6, 2019

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE